# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES T. KNEPP,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>NURSE PARAWAY, et al,<br>　　　　Defendants. | C.A. No. 19-153 Erie<br><br>**District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |

## MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on May 24, 2019. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On June 12, 2019, Plaintiff filed a motion for temporary restraining order and supporting brief [ECF Nos. 5 and 6, respectively]. In this motion, Plaintiff seeks an order directing Defendants to schedule him for an examination by as cardiologist and to carry out the cardiologist's treatment plan.

On June 20, 2019, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for temporary restraining order be denied, without prejudice to Plaintiff's right to seek such relief in the future if his condition or Defendants' quality of care deteriorate [ECF No. 9]. Objections to the R&R were due to be filed by July 8, 2019; however, no objections have been received.

After *de novo* review of Plaintiff's motion and other documents in the case, together with

the report and recommendation, the following order is entered:

AND NOW, this 11th day of July, 2019;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order [ECF No. 5] is DENIED, without prejudice. The report and recommendation of Magistrate Judge Lanzillo, issued June 20, 2019 [ECF No. 9], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge